FILED

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

JUN -6 PM 2:47

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

**UNITED STATES OF AMERICA**

v.  Case Nos.:  **3:12-cv-210-J-20MCR**
                **3:05-cr-47-J-20MCR**

**JOSHUA L. WICKE**

_____/

## ORDER

**THIS CAUSE** is before sua sponte before this Court. In Defendant's original § 2255 motion he requested that this Court hold in abeyance ruling on some of his grounds until the state court had ruled upon his state court convictions.[1] In an Order dated March 28, 2012 (Dkt. 50, Case No.: 3:05-cr-47-J-20), this Court granted Defendant's request to update this Court on the status of the state court proceedings against him in thirty (30) days. Defendant, however, was warned that his failure to file such an update would result in the immediate denial of his 28 U.S.C. § 2255 Motion. *Id.* As of the date of this Order, Defendant has failed to provide such an update to this Court.

Accordingly, it is **ORDERED**:

1. Defendant's "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody" (Dkt. 2, Case No.: 3:12-cv-210-J-20MCR; Dkt. 48, Case No.: 3:05-cr-47-J-20) is **DISMISSED for FAILURE TO PROSECUTE**; and

---

[1] As explained in this Court's prior Order (Dkt. 1, Case No.: 3:12-cv-210-J-20MCR), Defendant's § 2255 Motion, dated January 14, 2007, was not properly delivered to the Clerk's Office, and it and was docketed until February 27, 2012. Accordingly, Defendant was directed to update the status of his state court proceedings.

2. The Clerk is directed to terminate all pending motions, and close these cases.

**DONE AND ORDERED** at Jacksonville, Florida this _6th_ day of June, 2012.

_____
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Joshua L. Wicke, pro so
Frank M. Talbot, Esq.